**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                                  No. 00-4061

MCKENLY RICHARD SUGGS,
Defendant-Appellant.

Appeal from the United States District Court
for the District of Maryland, at Baltimore.
Herbert N. Maletz, Senior Judge, sitting by designation.
(CR-99-331-HNM)

Submitted: June 20, 2000

Decided: July 6, 2000

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

James J. Gitomer, CARDIN & GITOMER, P.A., Baltimore, Mary-
land, for Appellant. Lynne A. Battaglia, United States Attorney,
Angela R. White, Assistant United States Attorney, Baltimore, Mary-
land, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

**OPINION**

PER CURIAM:

McKenly Richard Suggs appeals his conviction and sentence following his guilty plea to possession with intent to distribute cocaine base. We affirm.

The only issue before the court is the propriety of the district court's denial of Suggs's motion to suppress cocaine base found in his car.* Suggs's plea agreement reserved the right to appeal the adverse ruling on his motion to suppress the drugs, recovered during a consensual search following a traffic stop. We have reviewed the record and the district court's order and conclude that the court did not err in finding Suggs was not illegally detained and that his consent to the search of the vehicle was voluntary. See United States v. Sullivan, 138 F.3d 126, 131 (4th Cir. 1998); United States v. Lattimore, 87 F.3d 647, 650-51 (4th Cir. 1996) (en banc).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

_____
*Judge Frederic N. Smalkin presided over the motion to suppress. The case was later reassigned to Senior Judge Herbert N. Maletz.